**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 31, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00806-CV

## PROVIDENCE HOSPITAL OF NORTH HOUSTON, LLC D/B/A PROVIDENCE HOSPITAL, Appellant

### V.

## CITALI  RODRIGUEZ, Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-21637**

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed August 20, 2018. On January 28, 2019, appellant filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant